JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BAYLON and CHRISTIAN GUTIERREZ, individuals, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK SERVICES, INC., a Delaware corporation and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-04510-PA-SK<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

**ORDER**

Having considered the Parties' Stipulation to Remand, and good cause appearing, the Court hereby **GRANTS** the stipulation and **ORDERS** as follows:

1. All pre-trial dates and deadlines are vacated and this Action is remanded to the Los Angeles Superior Court, where this Action was first filed, for the purposes of seeking class and PAGA settlement approval;

2. If the Los Angeles Superior Court does not approve the class and PAGA settlement as requested by the Parties, a Judgment is not entered in the Action in state court, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of this Stipulation such that the Parties will revert to the litigation of the Action in this Court. In the event of reversion to this Court, either Party may notify this Court to re-initiate litigation of this action in this Court.

**IT IS SO ORDERED.**

Dated: December 7, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE